UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lorena Cherpan,<br><br>                Plaintiff,<br><br>    v.<br><br>City of Fairfield, et al.,<br><br>                Defendants. | No. 2:23-cv-02100-KJM-KJN<br><br>ORDER |

       Plaintiff Lorena Cherpan filed her complaint in this action on September 25, 2023.  ECF No. 1.  Summons were issued the next day.  ECF No. 2.  No defendant has yet appeared, and no responsive pleading or motion has been filed.  On November 21, 2023, Cherpan filed an amended complaint.  ECF No. 4.

       Federal Rule of Civil Procedure 15 governs amendments to the pleadings before trial:

> (1) Amending as a Matter of Course. A party may amend its pleading once as a matter of course within:
>
>     (A) 21 days after serving it, or
>
>     (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

1

      (2) Other Amendments. In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

      . . .

Fed. R. Civ. P. 15(a)(1)–(2).

The record does not show the amended complaint was filed within twenty-one days of service. Nor has any defendant appeared, filed an answer or filed a motion under Rule 12(b), (3), or (f). Nor has plaintiff explained why an amendment should be permitted under Rule 15(a)(2) or requested the court's permission to amend. The amended complaint is therefore **stricken**.

IT IS SO ORDERED.

DATED: November 28, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE