**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

**MELISSA C. NOLD, ESQ., SBN 301378**
**NOLD LAW**
521 Georgia Street,
Vallejo, California 94590
Tel: (707)644-4004
Email: melissa@noldlaw.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lorena Cherpan,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>City of Fairfield, et al.<br><br>　　　　　Defendants. | Case: 2:23-cv-02100-KJM-KJN<br><br>**STIPULATION AND ORDER TO RESET INITIAL SCHEDULING CONFERENCE AND GRANT LEAVE FOR PLAINTIFF TO FILE HER FIRST AMENDED COMPLAINT** |

//

//

//

//

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants (hereinafter, "the Parties") by and through their designated counsel, that:

WHEREAS, Plaintiff filed her initial Complaint in this matter on September 25, 2023. (ECF No. 1).

WHEREAS, Plaintiff filed her First Amended Complaint ["FAC"] in this matter on November 21, 2023. (ECF No. 4).

WHEREAS, this Court struck Plaintiff's FAC on November 29, 2023. (ECF No. 5).

WHEREAS, Counsel for the Parties have since conferred over Plaintiff's FAC and have agreed that they wish for Plaintiff to file the FAC prior to the Defendants filing responsive pleadings so that the Defendants are not required to file responsive pleadings to the original Complaint and then again to the FAC in short succession.

WHEREAS, the Initial Scheduling Conference in this matter is currently set for February 8, 2024. (ECF No. 3). The Parties have agreed that it would be in the best interests of all parties to reset the Initial Scheduling Conference to permit County of Solano, who has not yet been properly served, to appear in this action and so that the Defendants may file their responsive pleadings before said conference.

WHEREAS, the Parties hereby STIPULATE TO and JOINTLY REQUEST that this Court grant Plaintiff leave to file her First Amended Complaint prior to the Defendants filing responsive pleadings, and Defendants shall have 60 days from the date the FAC is filed to file their responsive pleadings.

WHEREAS, the Parties hereby STIPULATE TO and JOINTLY REQUEST that this Court reset the Initial Scheduling Conference in this matter that is currently set for February 8, 2024.

IT IS SO AGREED.

Dated: January 30, 2024                    /s/ Ty Clarke
                                           Ty Clarke
                                           Attorney for Plaintiff

Dated: January 30, 2024                    /s/ Joanne Tran
                                           Joanne Tran
                                           Attorney for Defendants City of Fairfield, Adam Brunie, and Selena Diaz

Dated: January 30, 2024                    /s/ Danielle Lewis
                                           Danielle Lewis
                                           Attorney for -County of Solano

## ORDER

The court grants the parties' stipulation except as to resetting the scheduling conference, an issue which is now moot. The court previously issued a minute order resetting the scheduling conference from February 8, 2024 to March 14, 2024. *See* Min. Order, ECF No. 12.

IT IS SO ORDERED.

DATED: February 21, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE