1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16

LORENA CHERPAN,

Plaintiff,

v.

CITY OF FAIRFIELD, et al.,

Defendants.

No. 2:23-cv-02100-TLN-CSK

**ORDER**

17
18
19
20

This matter is before the Court on a Motion to Withdraw filed by Pointer & Buelna, LLP ("P&B") and Nold Law, counsel for Plaintiff Lorena Cherpan ("Plaintiff"). (ECF No. 31.) Defendants did not file an opposition. For the reasons set forth below, the Court GRANTS the motion.

21
22
23
24
25
26
27

The Local Rules of this district require an attorney who would withdraw and leave his or her client without representation to obtain leave of court upon a noticed motion. E.D. Cal. L.R. 182(d). Local Rule 182(d) also requires an attorney to provide notice to the client and all other parties who have appeared, and an affidavit stating the current or last known address of the client. *Id.* Finally, to comply with Local Rule 182(d), the attorney must conform to the requirements of the California Rules of Professional Conduct. *Id.*

/ / /

28

1    The decision to grant or deny a motion to withdraw is within a court's discretion.

2  *McNally v. Eye Dog Found. for the Blind, Inc.*, No. 09-cv-AWI-SKO-01174, 2011 WL 1087117,

3  at *1 (E.D. Cal. Mar. 24, 2011).  District courts within this circuit have considered several factors

4  when evaluating a motion to withdraw, including the reason for withdrawal, prejudice to the

5  client, prejudice to the other litigants, harm to the administration of justice, and possible delay.

6  *See, e.g.*, *Deal v. Countrywide Home Loans*, No. 09-cv-01643-SBA, 2010 WL 3702459, at *2

7  (N.D. Cal. Sept. 15, 2010); *CE Res., Inc. v. Magellan Group, LLC*, No. 08-cv-02999-MCE-KJM,

8  2009 WL 3367489, at *2 (E.D. Cal. Oct. 14, 2009); *Beard v. Shuttermart of Cal., Inc.*, No. 07-cv-

9  00594-WQH-NLS, 2008 WL 410694, at *2 (S.D. Cal. Feb. 13, 2008).

10    In the instant case, Plaintiff's counsel satisfied Local Rule 182(d) by filing a declaration

11  that it informed Plaintiff of its intent to withdraw and by providing the Court with Plaintiff's last

12  known address.  (ECF No. 31 at 2; ECF No.38.)  Plaintiff's counsel also established withdrawal is

13  proper under the California Rules of Professional Conduct.  More specifically, California Rule of

14  Professional Conduct 1.16(a)(2) states an attorney may withdraw from representing a client if the

15  lawyers knows or reasonably should know that the representation will result in a violation of the

16  California Rules of Professional Conduct or of the State Bar Act.  California Rule of Professional

17  Conduct 1.7 prohibits the representation of a client if the representation is directly adverse to

18  another client.  Plaintiff's counsel represents that an irreconcilable conflict of interest exists that

19  prevents and interferes with Plaintiff's counsel ability to properly litigate Plaintiff's case.  (ECF

20  No. 31 at 4.) Accordingly, there is good cause to allow Plaintiff's counsel to withdraw.

21    The Court also finds there is a low risk of prejudice to Plaintiff and the other litigants if

22  this motion is granted as there are no pending hearings scheduled and this case is in the early

23  stages of litigation.  Lastly, the Court cannot identify any harm to the administration of justice or

24  possible delay that would result from granting the motion to withdraw.

25  ///

26  ///

27  ///

28  ///

1     For the foregoing reasons, the Court hereby GRANTS the Motion to Withdraw (ECF No.

2   31), leaving Plaintiff in Pro Per.  This case is REFERRED to the assigned magistrate judge for all

3   purposes, exclusive of the pretrial conference and trial.  *See* Local Rule 302(c)(21).  The Clerk of

4   Court is directed to serve this Order on Plaintiff at 2212 Silver Fox Circle, Fairfield, California

5   94534.

6     IT IS SO ORDERED.

7   Date: May 27, 2025

8

9

10   _____

   TROY L. NUNLEY
11   CHIEF UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28