Joanne Tran, SBN: 294402
joanne.tran@streamkim.com
**STREAM KIM HICKS WRAGE & ALFARO, PC**
3403 Tenth Street, Suite 700
Riverside, CA 92501-3641
Telephone: (951) 783-9470
Facsimile: (951) 783-9475

Attorneys for Defendants,
CITY OF FAIRFIELD, ADAM BRUNIE, AND SELENA DIAZ

**Public Entity Exempt from filing fees pursuant to Gov. Code § 6103**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA CHERPAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD, a municipal corporation; ADAM BRUNIE, in his individual capacity as a law enforcement officer for the CITY OF FAIRFIELD; SELENA DIAZ, in her individual capacity as a law enforcement officer for the CITY OF FAIRFIELD; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:23-cv-02100-TLN-CSK<br><br>*Assigned to*: Chief District Judge Troy Nunley<br>*Referred to:* Magistrate Judge Chi Soo Kim<br><br>**STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES**<br><br>Complaint Filed: September 25, 2023<br>First Amended Complaint Filed: February 23, 2024 |

**STREAM|KIM**
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA  92501
951-783-9470

Pursuant to Federal Rules of Civil Procedure Rule 16(b)(4), Plaintiff LORENA CHERPAN and Defendants CITY OF FAIRFIELD, ADAM BRUNIE and SELENA DIAZ, by and through undersigned counsel, hereby jointly stipulate and move to extend the following pretrial deadlines for good cause as follows:

1.    On July 25, 2025, pursuant to Docket No. 44, the Court adopted the parties' proposed case schedule and the current deadlines are listed below:

| | |
|---|---|
| Fact Discovery Cut-off: | July 31, 2026 |
| Designation of Expert Witnesses: | September 4, 2026 |
| Designation of Rebuttal Expert Witnesses: | October 2, 2026 |
| Expert Discovery Cut-off: | November 6, 2026 |
| Last Day to File Dispositive Motion: | October 16, 2026 |

2.    The parties have met and conferred and agree that additional time is necessary to permit the parties to sufficiently complete fact and expert discovery, and to attend a settlement conference and/or mediation.

3.    The parties' stipulated protective order was recently signed by the Court on May 18, 2026.

4.    Defendants will soon be producing confidential police personnel records to Plaintiff. Plaintiff's counsel needs additional time to review the records and take the defendant officers' depositions.

5.    Defendants' lead counsel, Joanne Tran, is currently 37 weeks pregnant and expect to deliver her baby within the next several weeks. She expects she will be back at work full time by August 1, 2026.

6.    Ms. Tran intends to take Plaintiff's deposition after she returns from maternity leave.

7.    The parties have agreed to attend a settlement conference and/or mediation after the Plaintiff and officers' depositions.

///

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

2
STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES

2:23-cv-02100-TLN-CSK

8.    For the reasons set forth above, the parties respectfully request that this Court continue the previously set pretrial dates as follows:

Fact Discovery Cut-off:                                    December 31, 2026

Designation of Expert Witnesses:                    February 12, 2027

Designation of Rebuttal Expert Witnesses:     March 12, 2027

Expert Discovery Cut-off:                               April 16, 2027

Last Day to File Dispositive Motion:              April 30, 2027

IT IS SO STIPULATED.

KENNETH ODIWE LAW

By:     /s/  Kenneth C. Odiwe
        Kenneth C. Odiwe
Dated: May 20, 2025     Attorneys for Plaintiff
        LORENA CHERPAN

STREAM KIM HICKS WRAGE & ALFARO, PC

By:      /s/ Joanne Tran
        Joanne Tran
Dated: May 20, 2025     Attorney for Defendant
        CITY OF FAIRFIELD, ADAM BRUNIE,
        AND SELENA DIAZ

**STREAM|KIM**
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA  92501
951-783-9470

3
STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES

2:23-cv-02100-TLN-CSK

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 5/21/2026 _____

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

STREAM|KIM
ATTORNEYS AT LAW
3403 TENTH STREET,
STE 700
RIVERSIDE, CA 92501
951-783-9470

4
STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES

2:23-cv-02100-TLN-CSK